FILED
2008 Sep-04  AM 10:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| ROSIE MAE JACKSON, | } |
| Plaintiff, | } |
| | }   CIVIL ACTION NO. |
| v. | }   07-AR-1949-S |
| CAPITAL ONE BANK, | } |
| Defendant. | } |

## ORDER

Pursuant to the joint stipulation of dismissal filed on September 3, 2008, by plaintiff and defendant, the above-entitled action is hereby DISMISSED WITH PREJUDICE.

The parties shall bear their own respective costs.

DONE this 4th day of September, 2008.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE